WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
James N. Lawlor

Proposed Attorneys for Word World, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No: 11-_____ ( ) |
| WORD WORLD, LLC, | Chapter 11 |
|     Debtor and Debtor-in-Possession. | |

## DECLARATION CONCERNING
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, the undersigned authorized officer of Word World, LLC, the debtor and debtor-in-possession in the above-captioned matter (the "*Debtor*"), and declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims against the Debtor, and that the list is true and correct to the best of my information and belief.

                                                                    Word World, LLC

                                                                      By: _____
                                                                      Name: Don Moody
                                                                      Title: CEO and Manager

Dated:   February 10, 2011
             New York, New York

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
James N. Lawlor

Proposed Attorneys for Word World, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No: 11-_____ ( ) |
|---|---|
| WORD WORLD, LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the creditors holding the 20 largest unsecured claims against the above-captioned debtor, Word World, LLC (the "***Debtor***"). The list has been prepared from the Debtor's unaudited books and records. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtor's Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented herein does not constitute an admission of liability by, nor is it binding on the Debtor, and nothing provided herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing addressing including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also indicate value of security]* |
| PCEP II WW Holdings, Inc.<br>One Bridge Plaza<br>Suite 695<br>Fort Lee, NJ 07024 | PCEP II WW Holdings, Inc.<br>One Bridge Plaza<br>Suite 695<br>Fort Lee, NJ 07024<br>Attn: Jim Jahnke<br>E-mail:<br>JJahnke@palcap.com | Noteholder | | $3,298,112.98 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

**In re Word World, LLC**　　　　　　　　　　　　　Case No._____ (___)

　　　Debtor.　　　　　　　　　　　　　　　　　　　Chapter 11

| (1) Name of creditor and complete mailing addressing including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also indicate value of security] |
|---|---|---|---|---|
| Crest Animation Studio 501, Raheja Plaza L.B.S. Marg, Ghatkopar (W) Mumbai, India 400 086 | Crest Animation Studio (India) 501, Raheja Plaza L.B.S. Marg, Ghatkopar (W) Mumbai, India 400 086 Attn: Max Madhaven Tel: 91 22 25197600 | Trade Debt (Vendor) | | $2,263,599.00 |
| Bardel Production Services, Inc. VP Business & Legal Affairs 548 Beatty Street Vancouver, BC V6B2L3 | Bardel Production Services, Inc. 548 Beatty Street Vancouver, BC V6B2L3 Attn: VP Business & Legal Affairs Fax: 604-669-9079 | Trade Debt (Vendor) | | $1,106,025.00 |
| Spin Master, LTD 450 W Front Street Toronto, ON M5V1B6 | Spin Master, LTD 450 W Front Street Toronto, ON M5V1B6 Attn: Chris Harrs Fax: 416-542-1677 | Trade Debt (Vendor) | | $784,577.00 |
| John Lee 40 Kean Road Short Hills, NJ 07078 | John Lee 40 Kean Road Short Hills, NJ 07078 Attn: John Lee E-mail: john_lee@callaway.com | Deferred Compensation | | $400,000.00 |
| Alex Kay 225 Underhill Road South Orange, NJ 70709 | Alex Kay 225 Underhill Road South Orange, NJ 70709 Attn: Alex Kay Tel: 973-275-1650 E-mail: akay@wordworld.com | Deferred Compensation | | $339,328.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

**In re Word World, LLC**  Case No._____ (___)

Debtor.  Chapter 11

| (1) Name of creditor and complete mailing addressing including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also indicate value of security] |
|---|---|---|---|---|
| Alan Fournier<br>26 Main Street<br>suite 203<br>Chatham, NJ 7928 | Alan Fournier<br>26 Main Street<br>suite 203<br>Chatham, NJ 07928<br>Attn: Alan Fournier<br>Tel: 973-701-9005<br>E-mail:<br>alan@pennantcapital.com | Noteholder | | $305,896.39 |
| C2 Capital<br>Rm 5201, Building S 436<br>Jumen Roa, Luwan District<br>Shanghai<br>China 200023 | Chih Cheung<br>Rm 5201, Building S 436<br>Jumen Roa, Luwan District<br>Shanghai<br>China 200023<br>Tel: 011-86-2158403380<br>E-mail:<br>chihcheung@gmail.com | Trade Debt (Vendor) | | $250,000 |
| Joseph Pelligrino<br>17 Nugent Street<br>New Hyde Park, NY 11040 | Joseph Pelligrino<br>17 Nugent Street<br>New Hyde Park, NY 11040<br>Attn: Joseph Pelligrino<br>Tel: 973-701-9005<br>E-mail:<br>joepelle@optonline.net | Noteholder | | $236,499.20 |
| David Kay<br>11850 Maidstone Drive<br>West Palm Beach, FL 33414 | David Kay<br>11850 Maidstone Drive<br>West Palm Beach, FL 33414<br>Attn: David Kay<br>E-mail:<br>davidatpb@comcast.net | Noteholder | | $210,647.26 |
| Fiametta Button<br>Flat 13<br>17/18 Nevern Place<br>London SW59NR | Fiametta Button<br>Flat 13<br>17/18 Nevern Place<br>London SW59NR | Noteholder | | $210,647.26 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

**In re Word World, LLC**　　　　　　　　　　　　Case No._____ (___)

　　　Debtor.　　　　　　　　　　　　　　　Chapter 11

| (1) Name of creditor and complete mailing addressing including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also indicate value of security] |
|---|---|---|---|---|
| Morton Silver<br>225 Park Avenue South<br>2nd Fl<br>New York, NY 10003 | Morton Silver<br>225 Park Avenue South<br>2nd Fl<br>New York, NY 10003<br>Attn: Morton Silver<br>E-mail: chief@orda.com | Noteholder | | $210,647.26 |
| Stanley Arkin<br>P.O. Box 1457<br>Amagansett, NY 11930 | Stanley Arkin<br>P.O. Box 1457<br>Amagansett, NY 11930<br>Attn: Stanley Arkin<br>H Tel: 631-267-8240<br>Cell: 631-807-9751<br>E-mail: arkin@inch.com | Noteholder | | $210,647.26 |
| Steven Bassock<br>84 Turning Mill Lane<br>New Canaan, CT 6840 | Steven Bassock<br>84 Turning Mill Lane<br>New Canaan, CT 06840<br>Attn: Stephen Bassock<br>E-mail: sbassock@optonline.net | Noteholder | | $210,647.26 |
| Armory Ross<br>169 Wellington Avenue<br>Newport, RI 02840 | Armory Ross<br>169 Wellington Avenue<br>Newport, RI 02840<br>Attn: Armory Ross<br>E-mail: ross.amory@gmail.com | Noteholder | | $177,374.40 |
| George Lucas<br>19 Bay Ridge Rd<br>Key Largo, FL 33037 | George Lucas<br>19 Bay Ridge Rd<br>Key Largo, FL 33037<br>Attn: George Lucas<br>Tel: 732-741-3270<br>E-mail: glucas@lucascapital.com | Noteholder | | $183,537.83 |
| Mary Clancy<br>4 Vince Road<br>Somerset, NJ 08873 | Mary Clancy<br>4 Vince Road<br>Somerset, NJ 08873<br>Attn: Mary Clancy | Noteholder | | $183,537.83 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

**In re Word World, LLC**　　　　　　　　　　　　　　Case No._____ (___)

　　　　Debtor.　　　　　　　　　　　　　　　　　　Chapter 11

| (1) Name of creditor and complete mailing addressing including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also indicate value of security] |
|---|---|---|---|---|
| Bradley Razook<br>260 Locust Avenue<br>Rye, NY 10580 | Bradley Razook<br>260 Locust Avenue<br>Rye, NY 10580<br>Attn: Bradley Razook<br>E-mail:<br>brazook@csreit.com | Noteholder | | $172,342.47 |
| Laurent deMarval<br>280 Park Avenue<br>10th Floor<br>New York, NY 10017 | Laurent deMarval<br>280 Park Avenue<br>10th Floor<br>New York, NY 10017<br>Attn: Laurent deMarval<br>E-mail:<br>ldemarval@csreit.com | Noteholder | | $172,342.47 |
| Peter Pickette<br>80 East End Avenue<br>#15E<br>New York, NY 10028 | Peter Pickette<br>Attn: Peter Pickette<br>E-mail:<br>ppickett@csreit.com | Noteholder | | $172,342.47 |