WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York  10110
(212) 382-3300
James N. Lawlor

Proposed Attorneys for Word World, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WORD WORLD, LLC,<br><br>      Debtor and Debtor-in-Possession. | Case No: 11-_____( )<br><br>Chapter 11 |

**AFFIDAVIT OF JAMES N. LAWLOR PURSUANT TO SECTION 329**
**OF THE BANKRUPTCY CODE AND RULE 2016(b) OF**
**THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

STATE OF NEW JERSEY   )
                                  ) ss:
COUNTY OF ESSEX        )

       James N. Lawlor, of full age, being duly sworn according to law, upon his oath deposes and says:

       1.     I am an attorney at law of the States of New York and New Jersey and a member of the law firm of Wollmuth Maher & Deutsch LLP (the "*Firm*"), 500 Fifth Avenue, New York, New York 10110, proposed attorneys for Word World, LLC, a New York limited liability company and debtor and debtor-in-possession (the "*Debtor*").

       2.     The Firm has been retained by the Debtor under a general retainer for purposes of representing the Debtor in connection with this proceeding and has agreed with the Debtor that

no compensation will be paid, except as may be allowed by the Court for services rendered by the Firm.

      3.      No agreement or understanding in any form or guise exists between us and any other person for a division of compensation for services rendered in or in connection with theses cases, and no such division of compensation prohibited by 11 U.S.C. § 504 will be made, except among members of the Firm.

                                                /s/ James N. Lawlor
                                                   James N. Lawlor

Subscribed and sworn before
me this 10th day of February, 2011

*/s/ John D. Giampolo*
John. D. Giampolo
Attorney at Law of the State of New Jersey