**EXHIBIT A**

**BUDGET**

**WordWorld, LLC - DIP Budget**
*Projected Results of Operations and Cash Flow*
Feb-11 thru May-11

*In Thousands of Dollars*

SCH - 1B - STATEMENT OF CASH FLOWS

| Week ---> | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12-Feb | 19-Feb | 26-Feb | 5-Mar | 12-Mar | 19-Mar | 26-Mar | 2-Apr | 9-Apr | 16-Apr | 23-Apr | 30-Apr | 7-May | TOTAL |
| Net Receipts | $ - | $ 42.7 | $ - | $ - | $ - | $ - | $ - | $ 26.0 | $ - | $ - | $ - | $ 11.2 | $ - | $ 79.9 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Wages | - | 65.5 | - | 29.0 | - | 29.0 | - | 29.0 | - | 29.0 | - | - | 28.9 | 210.5 |
| Tax and Benefits | 0.2 | 2.0 | - | 7.8 | 0.2 | 2.0 | - | 7.8 | 0.2 | 2.0 | - | 2.0 | 5.6 | 29.8 |
| Contract Labor | - | 12.8 | - | - | - | 6.4 | - | - | - | 6.4 | - | - | - | 25.6 |
| Bonus | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Production Expense - Other | 57.0 | - | - | - | - | - | - | - | - | - | - | - | - | 57.0 |
| Crest Production Expense - Season 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Crest Royalty | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| PBS Distribution | 150.0 | - | - | - | - | - | - | - | - | - | - | - | - | 150.0 |
| Rent | 8.0 | - | - | 4.0 | - | - | - | 4.0 | - | - | - | - | 4.0 | 20.0 |
| Office Expense | 0.3 | 4.3 | 1.3 | 6.6 | 0.3 | 4.3 | 1.3 | 4.9 | 0.3 | 4.3 | 1.3 | 3.4 | 3.3 | 35.8 |
| IT Support | - | 3.0 | - | - | - | 3.0 | - | - | - | 3.0 | - | - | - | 9.0 |
| Professional Fees & Legal | - | 15.0 | - | - | - | 15.0 | - | - | - | 15.0 | - | - | - | 45.0 |
| Insurance | - | 0.2 | - | 1.3 | - | 0.2 | - | 1.3 | - | - | 0.2 | - | 1.3 | 4.5 |
| Travel & Entertainment | 10.0 | 4.0 | 15.0 | 7.5 | - | 4.0 | 5.0 | - | - | 4.0 | 5.0 | - | - | 54.5 |
| Other Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | $ 225.4 | $ 106.8 | $ 16.3 | $ 56.2 | $ 0.4 | $ 63.9 | $ 6.3 | $ 47.0 | $ 0.4 | $ 63.7 | $ 6.5 | $ 5.4 | $ 43.3 | $ 641.7 |
| Operating Cash Flow | $ (225.4) | $ (64.2) | $ (16.3) | $ (56.2) | $ (0.4) | $ (63.9) | $ (6.3) | $ (21.0) | $ (0.4) | $ (63.7) | $ (6.5) | $ 5.8 | $ (43.3) | $ (561.8) |
| Accumulated | (225.4) | (289.6) | (305.9) | (362.1) | (362.5) | (426.4) | (432.7) | (453.7) | (454.1) | (517.8) | (524.3) | (518.5) | (561.8) | |
| **Other (Sources)/Uses** | | | | | | | | | | | | | | |
| DIP Financing - Interest | - | - | - | - | - | - | - | - | - | - | - | - | 25.6 | 25.6 |
| DIP Financing - Other Fees | 42.0 | - | - | - | - | - | - | - | - | - | - | - | 70.0 | 112.0 |
| Restructuring Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructuring Professionals | 58.0 | 5.0 | 5.0 | 5.0 | 33.0 | 5.0 | 5.0 | 155.0 | 33.0 | 6.0 | 7.0 | 8.0 | 357.0 | 682.0 |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other (Sources)/Uses | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Other (Sources)/Uses** | $ 100.0 | $ 5.0 | $ 5.0 | $ 5.0 | $ 33.0 | $ 5.0 | $ 5.0 | $ 155.0 | $ 33.0 | $ 6.0 | $ 7.0 | $ 8.0 | $ 452.6 | $ 819.6 |
| Net Cash Flow | $ (325.4) | $ (69.2) | $ (21.3) | $ (61.2) | $ (33.4) | $ (68.9) | $ (11.3) | $ (176.0) | $ (33.4) | $ (69.7) | $ (13.5) | $ (2.2) | $ (495.9) | $ (1,381.4) |
| Accumulated | (325.4) | (394.6) | (415.9) | (477.1) | (510.5) | (579.4) | (590.7) | (766.7) | (800.1) | (869.8) | (883.3) | (885.5) | (1,381.4) | |
| Unadjusted Book Cash Balance | $ (326.40) | $ (394.6) | $ (416.9) | $ (477.1) | $ (510.5) | $ (579.4) | $ (680.7) | $ (766.7) | $ (800.1) | $ (869.8) | $ (883.3) | $ (885.5) | $ (1,381.4) | |

| | Opening | | | | | | | | | | | | | Change |
| DIP Borrowing/(Paydown) | 0.0 | 325.4 | 69.2 | 21.3 | 61.2 | 33.4 | 68.9 | 11.3 | 176.0 | 33.4 | 69.7 | 13.5 | 2.2 | 495.9 |
| | | 325.4 | 394.6 | 415.9 | 477.1 | 510.5 | 579.4 | 590.7 | 766.7 | 800.1 | 869.8 | 883.3 | 885.5 | 1,381.4 |