# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: Word World, LLC  
Debtor  

Case No: 11-10543  
Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | - | | |
| B - Personal Property | Yes | 4 | 168,041 | | |
| C - Property Claimed As Exempt | No | - | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 82,312 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 59,580 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 17,885,301 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | |
| J - Current Expenditures of Individual Debtor(s) | No | | | | |
| TOTAL | | | 168,041 | 18,027,193 | |

In re   Word World, LLC                                      Case No   11-10543
            Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND WIFE JOINT COMM'TY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total | | |
| | | | (Report also on Summary of Schedules) | |

Sheet no. 1 of 1 sheet(s) attached to
Schedule of Real Property

In re  Word World, LLC            Case No.   11-10543
         Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category. attach a separate sheet properly identified with the case name case number, and the number of the category. If the debtor is married. state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed. state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian such as "A.B., a minor child, by John Doe guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. CASH ON HAND | | Petty Cash | 2,000 |
| 2. CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | | HSBC Checking accounts<br>HSBC Bank USA<br>Account: 003-79630-2<br>550 Broadway<br>New York, NY 10012<br><br>HSBC Bank Canada<br>Account: 002-599422-270<br>70 York Street<br>Toronto, Ontario Canada M5J 1S9 | 5,543 |
| 3. SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS AND OTHERS. | | The A Team Executive Management, Inc.<br>15 West 36th Street, 11th Floor<br>New York, NY 10018 | 1,000 |
| 4. HOUSEHOLD GOODS AND FURNISHINGS INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT | X | | |
| 5. BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | |
| 6. WEARING APPAREL. | X | | |

Sheet no. 1 of 4 sheets attached to
Schedule of Personal Property

In re Word World, LLC                                Case No  11-10543
         Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 7. FURS AND JEWELRY | X | | |
| 8. FIREARMS AND SPORTS, PHOTOGRAPHIC AND OTHER HOBBY EQUIPMENT | X | | |
| 9. INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH | X | | |
| 10. ANNUITIES ITEMIZE AND NAME EACH INSURER | X | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(b)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(b)(1) GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S) 11 U.S.C. § 521(c) RULE 1007(B)) | X | | |
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS ITEMIZE | X | | |
| 13. STOCK AND INTERESTS IN INCORPORATED BUSINESSES ITEMIZE | X | Ownership of Toons, Inc. (an inactive subsidiary) | Undetermined |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES ITEMIZE | X | | |
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON- NEGOTIABLE INSTRUMENTS | X | | |
| 16. ACCOUNTS RECEIVABLE | | Trade Receivables | 47,161 |

Sheet no. 2 of 4 sheets attached to
Schedule of Personal Property

| In re Word World, LLC | | Case No. 11-10543 | |
| --- | --- | --- | --- |
| Debtor | | | |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
| --- | --- | --- | --- |
| 17. ALIMONY, MAINTENANCE, SUPPORT AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS | X | | |
| 18. OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TAX REFUNDS. GIVE PARTICULARS | X | | |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY | X | | |
| 20. CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST | X | | |
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SETOFF CLAIMS. GIVE ESTIMATED VALUE OF EACH | X | | |
| 22. PATENTS, COPYRIGHTS AND OTHER INTELLECTUAL PROPERTY. GIVE PARTICULARS | | All Word World copyrights, trademarks, patents (at book value) | 100,000 |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS | X | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES | X | | |

Sheet no. 3 of 4 sheets attached to Schedule of Personal Property

In re **Word World, LLC**                Case No **11-10543**
          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES | X | | |
| 26. BOATS, MOTORS, AND ACCESSORIES | X | | |
| 27. AIRCRAFT AND ACCESSORIES | X | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES | | Computer and office equipment located at Word World NYC offices 40 W 23rd Street. 6th Floor New York, NY 10010 | 12,337 |
| 29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS | X | | |
| 30. INVENTORY | | Toy samples stored in Word World offices and International Karter Warehouse in New Jersey having nominal financial value 1000 Belleville Tpke Kearny, NJ 07032 | - |
| 31. ANIMALS | X | | |
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS | X | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS | X | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED | X | | |
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE | | Word World Production Library - Masters, Episodes, Tapes, Files. Recordings. Music etc | Undetermined |
| | | Total | 168,041 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Sheet no. 4 of 4 sheets attached to Schedule of Personal Property

In re  Word World, LLC                                    Case No    11-10543
              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | DISPUTED/ UNLIQUIDATED/ CONTINGENT | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|
| Michael Parness 20 River Terrance #8M New York, NY 10282 | Accounts Receivable Factoring UCC-1 Filed | Disputed | 29,021 | |
| WTTW Att: Reese Marcusson 5400 N. St. Louis Avenue Chicago, IL 60625 | Accounts Receivable Factoring | Disputed | 18,341 | |
| LDI Color Toolbox 1500 Broadway 10th Floor New York, NY 10036 | Office Equipment Lease UCC-1 Filed | Disputed | 34,950 | |
| | | VALUE | 82,312 | - |
| | | Subtotal (Total(s) of this page | 82,312 | - |
| Sheet no. 1 of 1 sheet(s) attached to Schedule of Creditors Holding Secured Claims | | Total (Use only on the last page) | 82,312 | - |
| | | | Report also on Summary of Schedules.) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re   Word World, LLC                                         Case No    11-10543
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

**Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1)

**Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3)

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4)

**Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5)

In re   Word World, LLC                                           Case No   11-10543
                 Debtor

**Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

**Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

**Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

**Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

**Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: Word World, LLC
Debtor

Case No: 11-10543

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | DISPUTED/ UNLIQUIDATED/ CONTINGENT | AMOUNT OF CLAIM | AMOUNT ** ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY IF ANY |
|---|---|---|---|---|---|
| Basch, Arielle<br>34 Desbrosses Street #337, New York, NY 10013 | 01/2011-02/2011 | | 13,718 | 11,470 | 2,248 |
| Hurwitz, Lisa<br>257 Clinton Street #18J, New York, NY 10002 | 02/2011 | | 1,023 | 1,023 | - |
| Moody, Don<br>167 Hudson, Piermont, NY 10968 | 12/2010-02/2011 | | 44,839 | 10,895 | 33,944 |

** Note - All priority claim amounts were paid on February 23, 2011 pursuant to Interim Wage Order

| | | | |
|---|---|---|---|
| Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal | 59,580 | 23,388 | 36,192 |
| | Totals | 59,580 | 23,388 | 36,192 |

In re    Word World, LLC                                   Case No    11-10543
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B. a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CLAIM, IF CLAIMS SUBJECT TO SETOFF SO STATE | DISPUTED/ UNLIQUIDATED/ CONTINGENT | AMOUNT OF CLAIM |
|---|---|---|---|
| AFCO PO Box 19639 Newark, NJ 07195-0639 | | | 1,332 |
| Allied Administrators for Delta Dental of Pennsylvania P O Box 45381 San Francisco, CA 94145 | | | 158 |
| American Express P O. Box 2855 New York, NY 10116-2855 | | | 2,623 |
| AMP Networks, LLC 38-31 Crescent Street Long Island City, NY 11101 | | | 183 |
| Arkin, Stanley. P O Box 1457. Amagansett, NY 11930 | | | 210,647 |
| Art Attack, Inc. 163 Tweed Blvd Nyack, NY 10960 | | | 203 |
| Arvidson, Lawrence, 14177 Alder St. AW. Andover, MN 53309 | | | 59,125 |
| Bardel Production Services Inc, 548 Beatty Street. Vancouver, British Columbia, Canada V6B2L3 | | | 1,106,025 |
| Basch, Arielle. 34 Desbrosses Street #337. New York, NY 10013 | | | 30,000 |
| Bassock, Steven. 84 Turning Mill Lane, New Canaan, CT 06840 | | | 210,647 |
| Beat Street Productions 928 Broadway Suite 601 New York, NY 10010 | | | 19,050 |
| Bess, Andy. 33 Sommer Avenue. Maplewood NJ 07040 | | | 31,250 |
| Blaney, Cynthia. 148 Steep Hollow. Hattiesburg, MS 39402 | | | 15,660 |
| Blumenthal, Steven 524 Monterey Ave, Pelham NY 10803 | | Disputed | 160,000 |
| Brand Trust 875 N Michigan Ave ste 2945 Chicago, IL 60611 | | | 18,600 |
| Breakaway Courier PO Box 780 New York, NY 10013 | | | 35 |
| Burns, Donna, 7 East 35th Street apt 12F. New York, NY 10016 | | | 31,465 |
| Buton, Fiametta, Paulo Casal 17. Barcelona 21, Spain | | | 210,647 |
| Bystrom, Troy. 254 Manhattan Avenue Suite 4B, New York, NY 10026 | | | 15,660 |
| C2 Capital Limited, 30 East 65th Street, 8A, New York, NY 10065 | | | 250,000 |
| Caleca, David. 301 East 48th Street, 8B, New York, NY 10017 | | | 41,362 |
| Canyon Partners 630 N State Parkway Suite 2301 Chicago, IL 60610 | | | 5,000 |
| Citrin Cooperman & Company 529 Fifth Avenue New York, NY 10017 | | | 34,481 |
| Clancy, Cornelius, 910 Bingham Street Apt. J. Pittsburgh, PA 15203 | | | 61,179 |
| Clancy, Mary, 4 Vince Road. Sommerset, NJ 08873 | | | 183,538 |
| Cohen, Joe. 1801 Peachtree Street, Ste 300, Atlanta, GA 30309 | | | 59,125 |
| Conway, Bruce, 5514 Wenonah Drive. Dallas, TX 75209 | | | 122,359 |
| Corporation Service Company PO Box 13397 Philadelphia, PA 19101-3397 | | | 64 |
| Crest Animation Productions 333 N Glenoaks Blvd. Suite 300 Burbank, CA 91502-1171 | | | 75,333 |
| Crest Animation Studio (India) 501, Raheja Plaza L.B S Marg, Ghatkopar (W) Mumbai, India 400 086 | | | 2,263,599 |
| Daniel Gossels Consulting 201 Ocean Ave #603B Santa Monica, CA 90402 | | | 24,000 |
| deMarval, Laurent. 260 Park Avenue. 10th Floor, New York, NY 10017 | | | 172,342 |
| Dutko Worldwide, LLC PO Box 903018 Charlotte, NC 28290-3018 | | | 94,357 |
| | | Subtotal | 5,510,049 |

Sheet no. 1 of 3 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| In re | Word World, LLC | | Case No. | 11-10543 | |
|---|---|---|---|---|---|
| | Debtor | | | | |

| Creditor | | Amount |
|---|---|---|
| Enhanced Capital Partners, Inc. 201 St Charles Ave Suite 3700, New Orleans, LA 70170 | | 1,658 |
| Everbank Commercial Finance Dept. #1608 Denver, CO 80291-1608 | | 3,017 |
| First Book c/o Rachael Voorhees 1319 F Street, NW Suite 1000 Washington, DC 20004 | | 22,750 |
| Fitzgerald, Noreen, 49 Chestnut CT, Basking Ridge, NJ 07920 | | 122,359 |
| Fournier, Alan, 26 Main Street, suite 203, Chatham, NJ 07928 | | 305,896 |
| Frankfurt, Kurnit, Klein and Selz, PC 488 Madison Avenue New York, NY 10022 | | 91,026 |
| Friedman Law Group 270 Lafayette Street Suite 1410 NY, NY 10012 | | 200,739 |
| Friedman, Gary, 5 White Street, Apt 3c, New York, NY 10013 | | 7,830 |
| Friedman, Gary, 5 White Street, Apt 3c, New York, NY 10013 | | 60,000 |
| Friedman, Henry, 1611 San Vincent Blvd. suite 820, Los Angeles, CA 90049 | | 7,830 |
| Gerwitz, Morton, 43 West 64th Street Apt 5b, New York, NY 10023 | | 120,370 |
| Goldfarb, Adam, 111 3rd Street, Woodridge, NJ 07601 | | 59,125 |
| Grant, Anthony, Sent via email: ajgkjg@aol.com. | | 88,687 |
| Grant, Joan S. Esq 115 Carthage Road Scarsdale, NY 10583 | | 13,028 |
| Harrigan, Thomas, 6 Carla Court, Morristown, NJ 07960 | | 61,179 |
| Hart, Alex, 34 Desbrosses Street #337, New York, NY 10013 | | 17,887 |
| Holland & Knight PO Box 864084 Orlando, FL 32886-4084 | | 1,753 |
| IDT Connect PO Box 209 Newark, NJ 07101-0209 | | 27 |
| Internal Revenue Service Cincinnati, OH 45999-0039 | Disputed | 21,150 |
| International Karter Warehouse, LLC 1000 Belleville Tpke. Kearney, NJ 07032 | | 1,353 |
| IPNetZone 38-31 Crescent Street, 2nd Flr Long Island City, NY 11101 | | 2,100 |
| Jabco LP, 10 Weybosser Street Ste 106, Providence, RI 02903 | | 122,359 |
| K&L Gates 35/F, Two International Finance Centre 8 Finance Street, Central Hong Kong | | 20,002 |
| Kaplan, Dawn, 61 14th Street, Hoboken, NJ 07030 | | 61,179 |
| Kay, Alex, 225 Underhill Road, South Orange, NJ 07070 | | 339,328 |
| Kay, David 11850 Maidstone Drive, West Palm Beach, FL 33414 | | 210,647 |
| Keyser, Stephen, 458 Hamburg Tpk. Wayne, NJ 07470 | | 61,179 |
| Korlipara, Giridhar, 18 Southgate Road, Setauket, NY 11733 | | 59,125 |
| Korol, Tammy 542 E Mountain Rd S, Cold Spring NY 10516 | Disputed | 40,000 |
| Laden, Robert, 444 E. 82nd Street, 10N, New York, NY 10028 | | 30,092 |
| Larson, Daniel, 3250 Woodland Shores Dr, Decatur, Il 62521 | | 61,179 |
| LDI Color Toolbox 50 Jericho Quadrangle Jericho, NY 11753 | | 2,409 |
| Lee II, John W, 40 Kean Road Short Hills, NJ 07078 | | 28,926 |
| Lee, John, 40 Kean Road, Short Hills, NJ 07078 | | 400,000 |
| Lucas, George, 19 Bay Ridge Rd, Key Largo, FL 33037 | | 183,538 |
| Lusk, Michael, 4190 South Lake, Decatur, IL 62521 | | 61,179 |
| Mac-Tech 517 East 12th Street New York, Ny 10009 | | 4,402 |
| Mango Distribution Limited Rooms 1009-1012 10/F K. Wah Centre 191 Java Road North Point, Hong Kong | | 6,630 |
| Matilsky, Michael, 21 Willow Wood Drive, Setauket, NY 11733 | | 59,125 |
| McShane, Bryan, Sent via email: mcshane_2b@yahoo.com. | | 88,687 |
| MEE Apparel LLC 150 Western Road, Suite 100 South Kearny, NJ 07032 | | 11,500 |
| Moody, Don, 167 Hudson Terrace, Piermont, NY 10968 | | 1,252,036 |
| Moody, Jacqueline 12 Clearview Avenue Norwalk, CT 06851 | | 10,525 |
| Moody, Jacqueline, 12 Clearview Avenue, Norwalk, CT 06851 | | 135,172 |
| Moss-Tucker Associates 500 Atlantic Ave Suite 14N Boston, MA 02210 | | 25,000 |
| Newberg, Brad 12005 Creekland Dr Reston, VA 20194 | | 50,760 |
| Nielson, John, 1811 Edgecliff Drive, Los Angeles, CA 90026 | | 1,456 |
| Oxford Health Plans PO Box 1697 Newark, NJ 07101-1697 | | 3,803 |
| Palmer, William, 561 Broadway, Suite 10C, New York, NY 10012 | | 137,874 |
| Parness, Michael, 20 River Terrace #8M, New York, NY 10282 | | 13,608 |
| Parness, Michael, 20 River Terrace #8M, New York, NY 10282 | | 50,000 |
| Parsons, J Geddes, 17 Water Street A9, Mystic, CT 06355 | | 61,179 |
| PBS 2100 Crystal Drive, Arlington, VA 22202 | | 150,000 |
| PCEP II WW Holdings, Inc., One Bridge Plaza Suite 695, Fort Lee, NJ 07024 | | 3,298,113 |
| Pelligrino, Joseph 17 Nugent Street, New Hyde Park, NY 11040 | | 236,499 |
| Pickette, Peter, 80 East End Avenue, #15E, New York, NY 10028 | | 172,342 |
| Pinkham, William, Sent via email: pinkdog@sopris.net. | | 88,687 |
| Playgroundz, c/o The Friedman Law Group, 270 Lafayette Street Suite 1410, New York NY 10012 | | 9,171 |
| Postworks New York, LLC PO Box 513008 Philadelphia, PA 19175-3008 | | 7,910 |
| Prins, Edward, 39 Cheryl Hills Dr, Hackensack, NJ 07506 | | 59,125 |
| Razook, Bradley, 260 Locust Avenue, Rye, NY 10580 | | 172,342 |
| Reed Smith LLP PO Box 75318 Baltimore, MD 21275-5318 | | 1,968 |
| Reese, Albert, 4905 high Creek Dr, Arlington, TX 76017 | | 118,250 |
| | | 9,117,271 |

Sheet no. 2 of 3 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| In re | Word World, LLC | Case No. | 11-10543 |
|---|---|---|---|
| | Debtor | | |

| | | | |
|---|---|---|---|
| Ressner, Simon. 278 1st Street, Brooklyn, NY 11215 | | | 15,660 |
| Ross, Armory. 169 Wellington Avenue, Newport, RI 02840 | | | 177,374 |
| Schneider, Peter, 18 Eugene Drive. Montville, NJ 07045 | | Contingent | 90,000 |
| Schoch, Arn, 1145 West 7th Avenue, Van Couver, BC V6H1B5 | | | 122,359 |
| Shube, Noah, 172 East 4th Street #6D, New York, NY 10003 | | | 7,830 |
| Siegel and Gale 437 Madison Avenue, 12th floor New York, NY 10022 Attn: A/R | | | 34,238 |
| Silver, Morton. 225 Park Avenue South 2nd Fl, New York, NY 10003 | | | 210,647 |
| Simmons & Simmons Cheung Kong Center, 35th Floor 2 Queens Road Central Hong Kong DX 009121 Central 1 | | | 7,494 |
| Spin Master LTD. 450 W Front Street, Toronto, Ontario, Canada M5V1B6 | | | 784,577 |
| Staples Business Advantage Dept NY PO Box 415256 Boston, MA 02241-5256 | | | 290 |
| TASC P.O. Box 7098 Madsion, WI 53707-7098 | | | 594 |
| The A Team Executive Management Inc. 15 West 36th Street 11th Floor New York, NY 10018 | | | 8,377 |
| The Learning Box, LLC c/o The Friedman Law Group 270 Lafayette Street Suite 1410, New York NY 10012 | | | 1,626,200 |
| The Learning Box, LLC c/o The Friedman Law Group 270 Lafayette Street Suite 1410, New York NY 10012 | | | 94,044 |
| The National Academy of Television Arts 111 West 57th Street Suite 600 New York, NY 10019 | | | 1,400 |
| Tope-McKay 23852 Pacific Coast Highway Malibu, CA 90265 | | | 15,636 |
| Travelers CL Remittance Center Hartford, CT 06183-1008 | | | 82 |
| Yazgi, Pamel. 14 Cedarwood Lane, SaddleRiver, NJ 07458 | | | 61,179 |
| | | Subtotal | 3,257,981 |
| | | Total | 17,885,301 |

Sheet no. 3 of 3 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

In re     Word World, LLC                                                      Case No     11-10543
                 Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract. i.e., Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party
to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Bendon Publishing, 605 Westlake Dr Ashland, OH 44805 | License Agreement for Consumer Products, US and Canada, Activity & educational books and kits |
| Celebrate Express, 5915 S. Moorland Road New Berlin WI 53151 | License Agreement for Consumer Products, US and Canada, Party Goods |
| V-tech, 1155 W. Dundee, Suite 130 Arlington Heights, IL 60004 | License Agreement for Consumer Products, US and Canada, Proprietary software |
| Trevco, 1900 Stephenson Hwy. Troy MI 48083 | License Agreement for Consumer Products, US and its territories, T-shirts |
| Dvinni, Calle 39 sur 68c-22 Bogota, Columbia | License Agreement for Consumer Products, Columbia, notebooks, party goods |
| Editorial Vertice, C/ Ter (Pol. Ind. Viso), 2, 4, 6, 29006 Malaga Spain 952 040 480 | License Agreement for Consumer Products, Argentina, Uruguay, Paraguay, Chile & Peru, Activity books |
| ORDA, Kyum-San B/D 629-3 Yeoksam-dong, Kangnam-gu Seoul Korea 135-080 | License Agreement for English Language Learning kits, Korea; rights to sell Seasons 2 & 3, Smart Phone content (non-exclusive) |
| NCircle Entertainment, 12740 Hillcrest Road Suite 120 Dallas TX 75230 | License Agreement for United States & Canada, Season 1, Home Video Format & Digital Video Format (non-exclusive); WW retains 100% Digital rights |
| NCircle Entertainment - 12740 Hillcrest Road Suite 120 Dallas TX 75230 | License Agreement for United States & Canada, Amendment, Season 2,3, Home Video Format & Digital Video Format (non-exclusive); WW retains 100% Digital rights |
| Innoform, 10 Ubi Crescent #05-88 Ubi Techpark (Lobby E) Singapore 408564 | License Agreement for Singapore, Malaysia and Hong Kong, Season 1, Home Video / DVD No digital, mobile, on demand, interactive No educational learning kits |
| Innoform, 10 Ubi Crescent #05-88 Ubi Techpark (Lobby E) Singapore 408564 | License Agreement for Singapore, Malaysia and Hong Kong, Vietnam, Seasons,1, 2,3 , Home Video / DVD. No digital, mobile, on demand, interactive . |
| Educational Broadcasting System (EBS), 463, Dogok 2-dong Gangnam-gu Seoul Korea 135-854 | License Agreement for Korea, Season 1, Home Video / DVD No digital, mobile, on demand, interactive . No educational learning kits |
| Roadshow Entertainment, Level 4 The Village Roadshow Centre 235 Pyrmont Street Pyrmont NSW Australia 2009 | License Agreement forAustralia & New Zealand, Season 1, Home Video rights. Video-on-demand, electronic sell through receipts No educational learning kits . |
| Roadshow Entertainment, Level 4 The Village Roadshow Centre 235 Pyrmont Street Pyrmont NSW Australia 2009 | License Agreement for Australia & New Zealand, Seasons 2, 3, Home Video rights, Video-on-demand, electronic sell through receipts. No educational learning kits . |
| Tycoon, Presa Salinillas 370 Piso 9 Col. Irrigacion, Mexico, D.F. 11500 | License Agreement for Mexico, Nicaragua, El Salvador, Panama, Guatemala, Costa Rica, Belize, Honduras, Caribbean. Seasons 1, 2 Home Video provided that licensee has no rights to distribute in English |
| Library Video, 7 E Wynnewood Rd Wynnewood PA 19096 | License Agreement for U.S. and it's territories and possessions and Canada, 14 episodes, Digital Home Video to Educational channels |
| France Television Distribution, "Le Barjac" - 1 bd Victor Paris France 75015 | License Agreement for France, Monaco, Andorra, DOM-TOM, French speaking Switzerland, Belgium, Luxembourg, 52 episodes, Home video and electronic home video including streaming and downloading |
| Disney Asia, 500 South Buena Vista Street Burbank CA 91521 | License Agreement for TV Dististribution, Asia, Tawain, Australia, Maldives, English and native languages, Season One. BVI exclusive Pay television and basic subscription television rights |
| Disney Asia, 500 South Buena Vista Street Burbank CA 91521 | License Agreement for TV Dististribution, Asia, Tawain, Australia. Added Maldives by Amendment Sept 2009., English and native languages, Season Two  BVI exclusive Pay television and basic subscription television rights |
| Disney Japan, Masonic 39 MT Bldg., 1F, 2-4-5 Azabudai, Minato-ku Tokyo Japan 106-0041 | License Agreement for TV Dististribution, Japan, English and Japanese. Season One BVI exclusive Pay television and basic subscription television rights |

Sheet no. 1 of 3 sheet(s) attached to Schedule of
Executory Contracts and Unexpired Leases

In re   Word World, LLC                                              Case No    11-10543
            Debtor

| Party | Agreement |
|---|---|
| Disney India, 500 South Buena Vista Street Burbank CA 91521 | License Agreement for TV Dististribution, India. Including Bangladesh, Bhutan, Nepal, Pakistan, Seychelles and Sri Lanka.. English and any Indian regional language. Season One  BVI exclusive Pay television and basic subscription television rights |
| Educational Broadcasting System (EBS). 463, Dogok 2-dong Gangnam-gu Seoul Korea 135-854 | License Agreement for TV Dististribution. Republic of Korea. English and Korean, Season One  IPTV and free TV, including simultaneous broadcast on basic cable |
| TVB Pearl. TVB City 77 Chun Choi Street Tseung Kwan O Industrial Estate Kowloon Hong Kong | License Agreement for TV Distributon, Hong Kong. English, Season One  Free TV |
| TVB Pearl, TVB City 77 Chun Choi Street Tseung Kwan O Industrial Estate Kowloon Hong Kong | License Agreement for TV Distribution. Hong Kong. English, Seasons Two and Three. Free TV. |
| PBS, Public Broadcasting Service 2100 Crystal Drive    Arlington VA 22202 | License Agreement for TV Distribution, United States (Excl.) & Embassies, Military Bases and Ships at Sea (non-Excl.),, Season One and Two. Unlimited Broadcast rights, VOD, Video streaming |
| Television Ontario (TVO), 2180 Yonge St Box 200 Station Q Toronto Canada M4S 2B9 | License Agreement for TV Distribution, Exclusive throughout Ontario  Exclusive to Access Network, Knowledge Network and Saskatchewan Communications Network.. English, Season One. Reproduce. Broadcast. Cablecast through Ontario |
| Television Ontario (TVO), 2180 Yonge St Box 200 Station Q Toronto Canada M4S 2B9 | License Agreement for TV Distribution. Exclusive throughout Ontario  Exclusive to Access Network, Knowledge Network and Saskatchewan Communications Network.. English, Season Two  Reproduce. Broadcast. Cablecast through Ontario. Limited streaming |
| Television Ontario (TVO), 2180 Yonge St Box 200 Station Q Toronto Canada M4S 2B9 | License Agreement for TV Distribution, TV Exclusive in Ontario, Canada; Digital TV, VOD and Internet Rights non-Exclusive throughout Canada, English. Season Three - Reproduce. Broadcast. Cablecast throughout Ontario; Limited streaming |
| France Television Distribution, "Le Barjac" - 1 bd Victor Paris France 75015 | License Agreement for TV Distribution. France. French overseas departments and territiories Andorra and Monaco. French, Broadcast and streaming rights for 52 episodes. |
| Discovery. 6505 Blue Lagoon Drive Suite 190. Miami FL 33126 | License Agreement for TV Distribution. Latin America (as defined in agmt) and Caribbean. English, Spanish and Portuguese. Season One; including digital rights (VOD, DSL, Telephonic. UHF. Superstations. No free broadcast. |
| Motion Pictures, Reina Victoria No B, Barcelona Spain | License Agreement for TV Distribution. Spain. Portugal. Andorra. English, Spanish, Portuguese. Broadcast and Home Video/DVD |
| Panda/Dremia. avenida 5 de Outubro Lisbon Portugal 208-1069-203 | License Agreement for TV Distribution. Portugal and Portugal speaking Africa (Angola, Cape Verde, Guinee Bissau, Sao Tome e Principe, and Mozambique), Portuguese (dubbed and/or subtitled) and original English version simulcast.. Pay Television (cable and sattelite). VOD, and Limitied mobile streaming for Seasons 1 & 2 |
| Mediacorp/Singapore 12, Bestway Building #05-00 12 Prince Edward Road Singapore 79212 | License Agreement for TV Distribution. Singapore. English. Free TV - Season 1 |
| P&P Permissions & Rights Ltd. Boulevard Mihaila Pupina 10B/I 5th Floor Belgrade. Serbia | License Agreement for TV Distribution. Former Yugoslavia (Serbia & Montenegro, Bosnia. Macedonia, Croatia, and Slovenia), Local Languages, Free TV rights - Seasons 1,2,3 (terrestrial. Basic, Cable); Exclusive DVD rights |
| Army AFN. 23755 Z Street Riverside CA 92518 | License Agreement for TV Distribution. Authorized DMC television outlets outside the contiguous United States, English, DMC the right to reproduce, distribute, present programming on authorized DMC outlets outside US |
| Knowledge Network. 4355 Mathissi Place Burnaby BC. Canada V5G4S8 | License Agreement for TV Distribution. Province of British Columbia in Canada. English, Free Television broadcast. non-exlusive |
| Israel Education Television (IeTV). 14 Klausner Street Tel Aviv. Israel | License Agreement for TV Distribution, Israel. Hebrew. Terrestrial Basic cable and free sattelite rights |
| Channel One Russia Worldwide. 19 Akademika Korolyova Street Moscow 127427 Russian Federation | License Agreement for TV Distribution. Russia Federation and CIS, Russian language only. Seasons 1,2,3 on Free TV and Pay TV |
| Fremantle Media. 110 -112 Christie Street Locked Bag 2222 St Leonards NSW. Australia 2065 | Agent Agreement for Australia, New Zealand, All ancillary licensing rights including but not limited to: Current & Future CP categories, Interactive rights, Mobile rights, Live events, Sponsorship & Promotion |
| Transworld Television Corporation. Verdun, Concorde Bldg P.O Box 11-4932 Beirut Lebanon 2065 | Agent Agreement for Middle East and North Africa. English speaking African countries including South Africa  Season 1. All television including terrestrial, cable, satellite. Specifically excludes internet, online, mobile, cell, wireless. |
| France Television Distribution - "Le Barjac" - 1 bd Victor Paris France 75015 | Agent Agreement for  WorldWide, Dubbed TV and DVD Season 2, TV broadcasting, Video Rights, VOD  French language only |

Sheet no. 2 of 3 sheet(s) attached to Schedule of
Executory Contracts and Unexpired Leases

In re **Word World, LLC**        Case No **11-10543**
       Debtor

| Party | Description |
|---|---|
| France Television Distribution - "Le Barjac" - 1 bd Victor Paris France 75015 | Agent Agreement for 110 countries. Seasons 1, 2, 3, TV Broadcasting in English - terrestrial sattelite and cable |
| France Television Distribution - "Le Barjac" - 1 bd Victor Paris France 75015 | Agent Agreement for France, Belgium, Luxemborg, and Switzerland, Consumer Products, save premiums, motion pictures, tv, home video, music, video games, trading cards, internet, wireless, theme parks, live events, sponsorhip rights |
| Universal Music Publishing Group, 2100 Colorado Ave. Santa Monica CA 90404 | Agent Agreement for WorldWide music rights; Rights to license (including broadcast, public performance, audio, synchronization w/ movies, TV and commercials, dramatization) administer, print, publish and sell compositions, and collect for all music compositions. |
| Exim, 1691 Michigan Ave; Suite 435 Miami Beach FL 33139 | Agent Agreement for Consumer Products - Argentina, Belize, Brazil, Chile, Colombia, Costa Rica, Ecquador, El Salvador, Guatemala, Honduras, Nicaragua, Panama, Paraguay, Peru, Uruguay, Venezuela, Dominican Republic, Puerto Rico, (Spanish language only) and all other Caribbean countries excluding French-apeaking Carribean countries |
| Exim, 1691 Michigan Ave; Suite 435 Miami Beach FL 33139 | Agent Agreement for Season One Home Video - Argentina, Belize, Brazil, Chile, Colombia, Costa Rica, Ecquador, El Salvador, Guatemala, Honduras, Nicaragua, Panama, Paraguay, Peru, Uruguay, Venezuela, Dominican Republic, Puerto Rico, (Spanish language only) and all other Caribbean countries excluding French-apeaking Carribean countries |
| Spectrum, Jl Kebagusan Raya No 36, Pasar Minggu Jakarta Indonesia 12550 | Agent Agreement for Indonesia, English and/or subtitled in Indonesian, Free TV |
| Tiga Thailand, 65/215-216 Chamnan Phejati Business Center 26th Floor, Rama 9 Road, Huaykwang Bangkok Thailand | Agent Agreement for Thailand, English or dubbed/subtitled in Thai, Season One, Free TV |
| Phase 4, 20 Eglinton Avenue West Suite 603, P O. Box 2041 Toronto Ontario Canada M4R 1K8 | Agent Agreement for Netflix - US, Canada, Seasons,1 2.3 , Streaming/subscription |
| New Video,  902 Broadway FL 9 New York, NY 10010 | Agent Agreement for Digital downloads/distribution, Various territories per contract schedule |
| MEE Apparel LLC 150 Western Road, Suite 100 South Kearny, NJ 07032 | Nonresidential real property Office Sharing Agreement under which the Debtor subleases it corporate office space located at 40 W 23rd St, New York, NY |
| International Karter Warehouse LLC. 1000 Belleville Tpke, Kearny, NJ 07032 | Storage Facility Occupancy Agreement |
| Manhattan Mini Storage, 260 Spring Street, New York, NY 10013 | Storage Facility Occupancy Agreement |
| LDI Color Toolbox, 1500 Broadway 10th Floor, New York, NY 10036 | Office Equipment Lease for Copy Machine |
| Don Moody, 167 Hudson, Piermont, NY 10968 | Employment Agreement |
| Arielle Basch, 34 Desbrosses Street #337, New York, NY 10013 | Employment Agreement |

Sheet no. 3 of 3 sheet(s) attached to Schedule of
Executory Contracts and Unexpired Leases

In re  Word World, LLC                                           Case No.   11-10543
              Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑   Check this box if debtor has no codebtors.

**NAME AND ADDRESS OF CODEBTOR**                      **NAME AND ADDRESS OF CREDITOR**

   NONE

Sheet no. 1 of 1 sheet(s) attached to Schedule of
Codebtors

In re   Word World, LLC                                       Case No   11-10543
              Debtor

DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I the of WordWorld,LLC declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 18 sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date  3/16/11      Signature  /s/ Don Moody   CEO

[Print or type name of individual signing on behalf of debtor ]

_____
[Indicate position or relationship to debtor]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C § 152 and 3571