In Re: Word World, LLC                                   Case No. 11-10543          Chapter 11

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled None. If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

#### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 4,936,680 | 2009 Gross Revenue (Calendar Year) |
| 3,405,875 | 2010 Gross Revenue (Calendar Year) |

#### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

## 3. Payments to creditors

None   a.   Individual or joint debtor(s) with primary consumer debts:  List all payments on loans, installment purchases of goods
☑         or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding
          the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by
          either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
          not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

b.   Debtor whose debts are not primary consumer debts: List each payment or other transfer to any creditor made within
     90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or
     is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include
     payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
     petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING @2/9/11 |
|---|---|---|---|
| **Challenger Soulutions LLC** | 11/16/2010 | 16.138 76 | |
| 2525 McKinnon St. Suite 300 LB# 602 Dallas. TX 75201 | 12/16/2010 | 14.000 00 | 0 00 |
| | | | |
| **HLC Production** | 12/02/2010 | 98.040 00 | |
| 1 Rue Robert Et Sonia Delaunay. 75011 Paris France | 12/03/2010 | 45.902 00 | 0.00 |
| | | | |
| **Joan S. Grant, ESQ** | 12/07/2010 | 6.210 00 | 13.027 50 |
| 115 Carthage Road Scardale. NY 10583 | | | |
| | | | |
| **Lynn & Cahill LLP** | 01/17/2011 | 7.000 00 | 0 00 |
| 58 West 40th Street. New York NY 10018 | | | |
| | | | |
| **Mighty Play** | 01/13/11 | 26.592 50 | 0 00 |
| 1620 Montgomery Street #310. San Francisco CA 94111 | | | |
| | | | |
| **NYS Department of Taxation & Finance** | 11/16/2010 | 12.006.28 | 0 00 |
| PO Box 4127. Binghampton NY 13902-4127 | | | |
| | | | |
| **Oxford Health Plans** | 11/30/2010 | 3.598.57 | |
| PO Box 1697 Newark. NJ 07101-1697 | 11/30/2010 | 1.745 28 | |
| | 12/23/2010 | 1.964 75 | |
| | 12/23/2010 | 2.589 12 | 3.803 46 |
| | | | |
| **The A Team Executive Management Inc.** | 11/16/2010 | 7.220 00 | |
| 15 West 36th Street 11th Floor New York. NY 10018 | 12/16/2010 | 5.720 00 | 10.960 00 |
| | | | |
| **Wollmuth Maher & Deutsch LLP** | 12/09/2010 | 2.500 00 | |
| 500 Fifth Avenue. New York NY 10110 | 01/05/2011 | 30,000.00 | |
| | 01/28/2011 | 5.000 00 | |
| | 02/01/2011 | 55.000 00 | 0 00 |

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING @2/9/11 |
|---|---|---|---|
| **Alex Kay - Ex-Officer, Ex-Director, >5% owner** | 05/13/2010 | 3.330 | |
| 225 Underhill Road. South Orange NJ 07079 | 08/26/2010 | 1.184 | 339,328 Compensation |
| | | | |
| **Don Moody - Officer, Director, >5% owner** | 04/08/2010 | 2.472 | |
| 167 Hudson Terrace. Piermont NY 10968 | 06/15/2010 | 2.399 | |
| | 06/15/2010 | 13.282 | |
| | 07/20/2010 | 440 | |
| | 08/20/2010 | 78 | 1.296.875 Compensation |
| | | | |
| **Friedman Law Group** | 02/11/2010 | 10.000 | 268.569 Compensation |
| **Gary Friedman - Director, >5% owner** | | | Legal Expense |
| 270 Lafayette Street Suite 1410 NY. NY 10012 | | | Note Payable |
| | | | |
| **Market Visions LLC** | 07/22/2010 | 12.419 | |
| **Michael Parness - >5% owner** | 12/16/2010 | 11.489 | |
| 20 River Ter. Apt 8M. New York NY 10282 | 12/16/2010 | 37.036 | Note Payable + |
| | 01/10/2011 | 52.781 | 92.829 Accrued Interest |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Unemployment Insurance Audit 47-15279 1 | Random employers audit - 1/1/07 to 12/31/09 | NYS Department of Labor 75 Varick Street, Floor 7 New York, NY 10013 | Ongoing |
| Kyle Morris et al vs Don Moody et al 08-CV-7683 (JSR) | Request for reconsideration of Amended Compaint Claims for copyright and patent infringement | US District Court Southern District of New York | Case dismissed, request denied |
| Peter Schneider vs Word World LLC 09-602855 | Dispute over compensation due under employment agreement | Supreme Court, State of NewYork County of New York | In mediation |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| NYS Department of Taxation & Finance PO Box 4127, Binghamplon NY 13902-4127 | 4/9/2010 11/16/2010 | $7,950 83 cash for IT-204 12/31/06 Penalty $12,006 28 cash for IT-204 12/31/08 Penalty |

**5. Repossessions, foreclosures and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERM OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑    b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year
           immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
           include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
           spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | NAME OF LOCATIN OF COURT | DATE OF | DESCRIPTION AND |
|---|---|---|---|
| OF CUSTODIAN | CASE TITLE AND NUMBER | ORDER | VALUE OF PROPERTY |

## 7. Gifts

None ☑    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case
          except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and
          charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13
          must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are
          separated and a joint petition is not filed.)

| NAME AND ADDRESS | RELATIONSHIP TO | DATE OF | DESCRIPTION AND |
|---|---|---|---|
| OF PERSON OR ORGANIZATION | DEBTOR, IF ANY | GIFT | VALUE OF GIFT |

## 8. Losses

None ☑    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this
          case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses
          by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
          filed.)

| DESCRIPTION AND | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR | DATE OF |
|---|---|---|
| VALUE OF PROPERTY | IN PART BY INSURANCE, GIVE PARTICULARS | LOSS |

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Wollmuth Maher & Deutsch LLP | 12/09/2010 | 2.500.00 |
| 500 Fifth Avenue. New York NY 10110 | 01/05/2011 | 30.000.00 |
|  | 01/28/2011 | 5.000.00 |
|  | 02/01/2011 | 55.000.00 |
| Halperin Battaglia Raicht, LLP | 10/28/2010 | 10.000.00 |
| 555 Madison Avenue. 9th Floor. New York NY 10022 |  |  |

**10. Other transfers**

None ☑    a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☑    b.   List all other property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Orda Korea Co. Ltd.** | | |
| Kyum-San BP 629-3 Yeoksam-dong, Kargnam-gu, Seoul 135080 South Korea | 12/31/2010 | $2,862 for legal fees related to Korean trademark set-off against amount due to debtor |

**14. Property held for another person**

None

☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 1414 Avenue of the Americas, Floor 3, New York, NY 10019 | Word World LLC | Jun 2009 - Sep 2010 |
| 265 Canal Street, Floor 2, New York, NY 10013 | Word World LLC | Nov 2007 - Jun 2009 |

**16. Spouses and Former Spouses**

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

-

None ☑    b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☑    c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None ☑    a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case. If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case. If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- |

None ☑    b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

     (An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements**

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **The A Team Executive Management, Inc. (Outsourced Controller/CFO)**<br>Martha Harrison/David Drucker<br>15 W 36th Street, 11th Floor, New York, NY 10018 | Dec 2009 - Present |
| **Challenger Solutions LLC (Interim CFO)**<br>Mark Shapiro<br>2525 McKinnon St. Suite 300, Dallas TX 75201 | Oct 2010 - Present |
| **Alex Kay (SVP/CFO)**<br>225 Underhill Road, South Orange NJ 07079 | Feb 2004 - Aug 2010 |
| **Priscilla Popov (Controller)**<br>58 Grace Avenue, Great Neck NY 11021 | Jan 2008 - Nov 2009 |
| **Raymond Ficken (Controller)**<br>285 Grace Anenue, Secaucus NJ 07094 | Aug 2005 - Dec 2007 |
| **Greg Slowick (CFO)**<br>6 Franklin Ave, Westport CT 06880 | Jul 2007 - Dec 2008 |
| **Organize Us (Outsourced Controller)**<br>Karen Pitkoff<br>1273 North Avenue, New Rochelle NY 10804 | Jan 2005 - Jul 2005 |

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATE SERVICES RENDERED |
|---|---|---|
| **Citrin Cooperman & Company LLP**<br>Michael Rhodes, Partner | 529 Fifth Avenue, New York, NY 10017 | Apr 2007 - Jul 2010 |

None ☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

Information has been sent to various constituencies, some of these parties include:

| NAME | ADDRESS | | | | DATE ISSUED ** |
|------|---------|--|--|--|----------------|
| Enhanced Capital Partners. Inc | 201 St Charles Ave. Suite 3700 | New Orleans | LA | 70170 | April 2009 |
| Palisade Capital Management | One Bridge Plaza Suite 695 | Fort Lee | NJ | 07024 | November. 2010 |
| Alan Fournier | 26 Main Street.suite 203 | Chatham | NJ | 07928 | November. 2010 |
| Joseph Pelligrino | 17 Nugent Street | New Hyde Park | NY | 11040 | November. 2010 |
| David Kay | 11850 Maidstone Drive | West Palm Beach | FL. | 33414 | November. 2010 |
| Fiametta Button | Flat 13. 17/18 Nevern Place | London. England | UK | SW59NR | November. 2010 |
| Morton Silver | 225 Park Avenue South 2nd Fl | New York | NY | 10003 | November. 2010 |
| Stanley Arkin | P.O. Box 1457 | Amagansett | NY | 11930 | November. 2010 |
| Steven Bassock | 84 Turning Mill Lane | New Canaan | CT | 06840 | November. 2010 |
| Armory Ross | 169 Wellington Avenue | Newport | RI | 02840 | November. 2010 |
| George Lucas | 19 Bay Ridge Rd | Key Largo | FL. | 33037 | November. 2010 |
| Mary Clancy | 4 Vince Road | Sommerset | NJ | 08873 | November. 2010 |
| Bradley Razook | 260 Locust Avenue | Rye | NY | 10580 | November. 2010 |
| Laurent deMarval | 280 Park Avenue. 10th Floor | New York | NY | 10017 | November. 2010 |
| Peter Pickette | 80 East End Avenue. #15E | New York | NY | 10028 | November. 2010 |
| Albert Reese | 4905 high Creek Dr | Arlington | TX | 76017 | November. 2010 |
| Arn Schoch | 1145 West 7th Avenue | Van Couver | BC | V6H1B5 | November. 2010 |
| Bruce Conway | 5514 Wenonah Drive | Dallas | TX | 75209 | November. 2010 |
| Jabco LP | 10 Weybosser Street Ste. 106 | Providence | RI | 02903 | November. 2010 |
| Morton Gerwitz | 43 West 64th Street Apt 5b | New York | NY | 10023 | November. 2010 |
| Noreen Fitzgerald | 49 Chestnut CT | Basking Ridge | NJ | 07920 | November. 2010 |
| William Palmer | 561 Broadway. Suite 10C | New York | NY | 10012 | November. 2010 |
| Anthony Grant | sent via email | | | | November. 2010 |
| Bryan McShane | sent via email | | | | November. 2010 |
| William Pinkham | sent via email | | | | November. 2010 |
| Adam Goldfarb | 111 3rd Street | Woodridge | NJ | 07601 | November. 2010 |
| Cornelius Clancy | 910 Bingham Street Apt. J | Pittsburgh | PA | 15203 | November. 2010 |
| Daniel Larson | 3250 Woodland Shores Dr | Decatur | Il | 62521 | November. 2010 |
| Dawn Kaplan | 61 14th Street | Hoboken | NJ | 07030 | November. 2010 |
| Edward Prins | 39 Cheryl Hills Dr | Hackensack | NJ | 07506 | November. 2010 |
| Giridhar Korlipara | 18 Southgate Road | Setauket | NY | 11733 | November. 2010 |
| .J Geddes Parsons | 17 Water Street A9 | Mystic | CT | 06355 | November. 2010 |
| Joe Cohen | 1801 Peachtree Street. Ste 300 | Atlanta | GA | 30309 | November. 2010 |
| Lawrence Arvidson | 14177 Alder St. AW | Andover | MN | 53309 | November. 2010 |
| Michael Lusk | 4190 South Lake | Decatur | IL. | 62521 | November. 2010 |
| Michael Matilsky | 21 Willow Wood Drive | Setauket | NY | 11733 | November. 2010 |
| Pamel Yazgi | 14 Cedarwood Lane | SaddleRiver | NJ | 07458 | November. 2010 |
| Stephen Keyser | 458 Hamburg Tpk | Wayne | NJ | 07470 | November. 2010 |
| Thomas Harrigan | 6 Carla Court | Morristown | NJ | 07960 | November. 2010 |
| David Caleca | 301 East 48th Street. 8B | New York | NY | 10017 | November. 2010 |
| Robert Laden | 444 E. 82nd Street. 10N | New York | NY | 10028 | November. 2010 |
| Gary Laden | 128 Pacific Street | Brooklyn | NY | 11201 | November. 2010 |

** - Financial Statements were sent quarterly to convertible note holders

**20. Inventories**

None
☑
a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
☑
b.  List the name and address of the person having possession of the records of each of the two inventories reported in a , above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |

**21. Current Partners, Officers, Directors and Shareholders**

None
☑
a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME | ADDRESS |  |  |  | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP | |
|---|---|---|---|---|---|---|---|
| Don Moody | 167  Hudson Terrace | Piermont | NY | 10968 | CEO | 26 3% | Member Interest |
| Peter Schneider | 18 Eugene Drive | Montville | NJ | 07045 |  | 9 0% | Member Interest |
| Michael Parness | 20 River Terrace #8M | New York | NY | 10282 |  | 9 0% | Member Interest |
| Alex Kay | 225 Underhill Road | South Orange NJ |  | 07070 |  | 7 7% | Member Interest |
| Gary Friedman | 5 White Street. Apt 3c | New York | NY | 10013 | Director | 7 4% | Member Interest |
| Jon Bressner | 1040 Washington Avenue | Plainview | NY | 11803 | Director | 4 0% | Member Interest |
| Sean Largotta | c/o The Lion 62 West 9th St | New York | NY | 10013 | Director |  |  |

**22. Former partners, officers, directors and shareholders**

None
☑
a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWL |
|---|---|---|

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME | ADDRESS |  |  | TITLE | DATE OF TERMINATION |
|---|---|---|---|---|---|
| Alex Kay | 225 Underhill Road | South Orange NJ | 07070 | SVP/CFO | 8/31/10 - SVP/CFO |
|  |  |  |  |  | 12/13/10 - Director |

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Alex Kay** | 2/16/2010 - Salary | 9.884 |
| 225 Underhill Road. South Orange NJ 07079 | 2/26/2010 - Salary | 9.884 |
| Ex-Officer and Ex-Director | 3/15/2010 - Salary | 10.884 |
| | 3/31/2010 - Salary | 9.884 |
| | 4/15/2010 - Salary | 9.884 |
| | 4/30/2010 - Salary | 9.884 |
| | | |
| **Don Moody** | 2/16/2010 - Salary | 15.365 |
| 167 Hudson Terrace. Piermont NY 10968 | 2/26/2010 - Salary | 15.365 |
| Officer and Director. >5% Shareholder | 3/15/2010 - Salary | 9.031 |
| | 3/31/2010 - Salary | 13.282 |
| | 4/15/2010 - Salary | 13.282 |
| | 4/30/2010 - Salary | 13.282 |
| | 6/10/2010 - Salary | 26.563 |
| | 10/15/2010 - Salary | 10.417 |
| | 10/29/2010 - Salary | 31.250 |
| | 11/15/2010 - Salary | 20.833 |
| | 12/9/2010 - Salary | 20.833 |
| | 12/15/2010 - Salary | 20.833 |
| | 1/14/2011 - Salary | 20.833 |

**24. Tax Consolidation Group**

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                          TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds**

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                    TAXPAYER IDENTIFICATION NUMBER

[If completed by an individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____          Signature _____
                                  of Debtor

Date _____          Signature _____
                                  of Joint Debtor
                                  ( if any )

* * * * * * * * * * * * * * * *

[If completed on behalf of a partnership or corporation]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __3/16/11__          Signature _____
  -

                          _____DON MOODY        CEO_____
                                              Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571