UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

**WORD WORLD, LLC,**

Debtor.

------------------------------------------------------------x

Chapter 11

Case No. 11-10543 (SHL)

# FINAL ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, AND EMPLOYEE BENEFITS AND REIMBURSABLE EMPLOYEE EXPENSES

This Court having entered an interim order on February 18, 2011 (the "Wage Order") on the motion (the "Motion")[1] of Word World, LLC, debtor and debtor-in-possession (the "Debtor"), pursuant to §§ 507(a)(4), 507(a)(5) and 105(a) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), authorizing, but not directing, the Debtor to (a) pay to the Debtor's current employees, including but not limited to, officers and directors, the Prepetition Compensation, including wages, salaries, commissions, payroll taxes, and employee benefits resulting from the rendition of prepetition services to the Debtor, (b) reimburse the Debtor's employees for all prepetition reimbursable employee expenses, including, without limitation, their prepetition out-of-pocket business-related expenses consisting of, *inter alia*, necessary and authorized travel, entertainment and related business expenses, accrued in the regular course, (c) honor certain outstanding prepetition employee benefits, consisting of payments to or for the benefit of the Debtor's employees, (d) continue to honor prepetition accrued paid time off in the ordinary course and in accordance with the Debtor's stated policies with regard thereto, and (e) pay all costs incident to the Prepetition Compensation (such as payroll-related taxes and processing costs), in accordance with the Debtor's stated policies with regard thereto, all subject to any order of this Court governing

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Motion.

{00140321.1 / 0835-002}

the Debtor's debtor-in-possession financing; and the Court having held a Final Hearing on the Motion on March 24, 2011 at 10:00 AM (the "Final Hearing") to consider the approval of the Wage Order on a final basis; and the Debtor having reserved its right to be heard in connection with that portion of the Motion that seeks to pay any amount of Prepetition Compensation in excess of the amounts authorized by the Wage Order (the "Additional Compensation"); and upon the record of the Final Hearing and after due deliberation and sufficient cause appearing therefor; it is

**ORDERED** that the Wage Order is hereby approved on a final basis; and it is further

**ORDERED** that the hearing on the Motion as it pertains to the Additional Compensation shall be held on April 13, 2011 at 10:00 a.m. (prevailing Eastern Time), or as soon thereafter as the movant may be heard, before the Honorable Sean H. Lane, Courtroom 701, One Bowling Green, New York, New York, 10004.

Dated: New York, New York
      **March 25, 2011**      */s/ Sean H. Lane*
                                          UNITED STATES BANKRUPTCY JUDGE