Alan D. Halperin, Esq.
Debra J. Cohen, Esq.
Carrie E. Mitchell, Esq.
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
Phone: (212) 765-9100; Fax: (212) 765-0964
ahalperin@halperinlaw.net
dcohen@halperinlaw.net
cmitchell@halperinlaw.net


*Counsel to the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

**WORD WORLD, LLC,**

Debtor.

-------------------------------------------------------------x

Chapter 11

Case No. 11-10543 (SHL)

## QUARTERLY STATEMENT OF PAYMENTS
## MADE TO ORDINARY COURSE PROFESSIONALS

| Name of Ordinary Course Professional | Aggregate Amount Paid to Ordinary Course Professional | General Description of Services Rendered by Ordinary Course Professional |
|---|---|---|
| Joan Grant, Esq. | $0 | Contract drafting and and negotiation, related to the licensing and distribution of the Word World programming around the world. |
| Cary Tope-McKay, Esq. | $0 | Assisting the Debtor with patent registration and enforcement. |

Dated: _____4/1_____, 2011

Don Moody
Chief Executive Officer
and Manager