UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                    Chapter 11

WUWUL, LLC
f/k/a WORD WORLD, LLC,                                    Case No. 11-10543 (SHL)

      Debtor and Debtor-in-Possession.

-----------------------------------------------------------x

**ORDER APPROVING FIRST AND FINAL APPLICATION
FOR COMPENSATION BY BDO CAPITAL ADVISORS,
LLC, AS FINANCIAL ADVISOR AND EXCLUSIVE
<u>INVESTMENT BANKER FOR THE DEBTOR</u>**

      Upon the first and final application for compensation dated May 31, 2011 (the "**BDO Capital Fee Application**") by BDO Capital Advisors, LLC ("**BDO Capital**"), as financial advisor and exclusive investment banker for WUWUL, LLC, f/k/a Word World, LLC (the "Debtor"), seeking fees in the sum of $365,000.00 and reimbursement of expenses in the sum of $8,170.44 for services rendered for the period of February 10, 2011 to May 15, 2011, and a hearing on the BDO Capital Fee Application having been held by the Court on October 6, 2011; and upon the record of the hearings; and after considering the objections filed by the Debtor, the Official Committee of Unsecured Creditors and the U.S. Trustee (collectively, the "**Objecting Parties**"); and BDO Capital having agreed to reduce its request for fees by $87,500, the amount disputed by the Objecting Parties; and the Objecting Parties, otherwise, having no objection to an award of fees and expenses to BDO Capital in the amount of $290,670.44; and it appearing that BDO Capital has already received $50,000 from the Debtor as a retainer on account of its fees to be billed, leaving a balance of $240,670.44 in fees and expenses; and after due deliberation; and good and sufficient cause appearing therefore, it is hereby;

**ORDERED,** that the BDO Capital Fee Application is hereby approved and BDO Capital is awarded a first and final allowance of compensation in the sum of $282,500.00, plus $8,170.44 in reimbursement of expenses, for a total award of $290,670.44; and it is further

**ORDERED**, that BDO Capital shall be entitled to receive payment of $240,670.44, representing the outstanding balance of BDO Capital's fees and expenses as set forth listed on Schedule B; and it is further

**ORDERED**, that the Debtor is hereby authorized and directed to remit $240,670.44 to BDO Capital upon entry of this Order; and it is further

**ORDERED**, that this Court shall retain jurisdiction over all matters arising from or related to this Order.

Dated: New York, New York
      **October 14, 2011**

                                       */s/ Sean H. Lane*
                                       UNITED STATES BANKRUPTCY JUDGE

Case No.11-10543 (SHL)  **CURRENT FEE PERIOD**  Schedule A
Case Name: WUWUL f/k/a Word Word, LLC  **FEE PERIOD: 2/10/2011 to 5/15/2011**

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| BDO Capital Advisors LLC | 5/31/2011 No. 161 | N/A | $282,500.00 | $282,500.00 | N/A | $282,500.00 | N/A | $8,170.44 |

DATE ON WHICH ORDER WAS SIGNED: 10/14/2011    INITALS: SHL USBJ

Case No.11-10543 (SHL)  **FINAL FEE APPLICATION TOTAL**  **Schedule B**
Case Name: WUWUL f/k/a Word Word, LLC  FEE PERIOD: 2/10/2011 to 5/15/2011

| APPLICANT | Total Fees Requested | Total Fees Paid | Total Expenses Requested | Total Expenses Paid |
|---|---|---|---|---|
| BDO Capital Advisors LLC | $282,500.00 | $282,500.00 | $8,170.44 | $8,170.44 |

DATE ON WHICH ORDER WAS SIGNED: 10/14/2011    INITALS: <u>SHL</u> USBJ